UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MPI CORPORATION, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-01212 (DJS) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| LEARNFRAME INC., | : | |
| | : | MAY 4, 2005 |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw her appearance as counsel for plaintiff in this matter. Plaintiff will continue to be represented by Timothy G. Ronan of Pullman & Comley.

By /s/ Claire E. Ryan
Claire E. Ryan (ct22145)
*Attorney for Plaintiff*
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
cryan@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of May 2005, the foregoing was mailed, first class, postage prepaid, to:

Timothy G. Ronan, Esq.
Pullman & Comley
300 Atlantic Street
Stamford, CT 06901

Harris Brett Appelman, Esq.
576 Farmington Avenue
Hartford, CT 06105

Mark A. Rubenstein, Esq.
Rubenstein & Glazer
1 Morningside Dr. N, Building A
P.O. Box 5143
Westport, CT 06880-5143

Claire E. Ryan