UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MPI CORP.**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1212(DJS) |
| **LEARNFRAME INC.**<br>    **Defendant** | : |

**ORDER**

The Court having ruled on the Summary Judgment, the parties are ordered to submit their Joint Trial Memorandum on or before **June 24, 2005,** in accordance with the attached Joint Trial Memorandum Order**.** This case shall be trial ready in **July, 2005.**

**If the parties would like a settlement conference, they should contact chambers immediately. The settlement conference shall not interfere with the filing of the joint trial memorandum.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   27th   day of May, 2005.


                                /s/DJS
                                Dominic J. Squatrito
                                United States District Judge