UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MPI CORP., <br><br> Plaintiff, <br><br> vs. <br><br> LEARNFRAME, INC., <br><br> Defendant. | CIVIL ACTION <br> NO. 3:02 cv 1212 (DJS) <br><br> June 30, 2005 |

### STIPULATED JUDGMENT

In accordance with the Settlement Agreement and Mutual Release entered into between the parties to the above-referenced action, Plaintiff MPI Corp. and Defendant Learnframe, Inc. hereby stipulate to the entry of a judgment (the "Judgment") in this action in the amount of Two Million Dollars and 00/100 ($2,000,000.00) in favor of the Plaintiff MPI Corp.

It is further stipulated that the collection or enforcement of such Judgment is subject to the provisions and restrictions set forth in the parties' Settlement Agreement and Mutual Release.

STIPULATED AND AGREED TO:

| | |
|---|---|
| The PLAINTIFF,<br>MPI Corp. | The DEFENDANT,<br>Learnframe, Inc. |
| By: _Timothy G. Ronan_<br>Timothy G. Ronan (ct06310)<br>Pullman & Comley, LLC<br>300 Atlantic Street<br>Stamford, CT 06901-3522<br>Telephone (203) 324-5000<br>Facsimile (203) 363-8659<br>Its Attorneys | By: _Harris B. Appelman_<br>Harris B. Appelman<br>Harris Appelman, LLC<br>676 Farmington Avenue<br>Hartford, CT 06105<br>Telephone (860)233-4134<br>Facsimile (860) 233-4314<br>Its Attorneys |

So ORDERED: _____
    (Squatrito, USDJ)

Dated this 12th day of July, 2005 at
_____, Connecticut at 9:00 a.m./p.m.

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on: 30th day of June, 2005 to all counsel and pro se parties of record.

Timothy G. Ronan, Esq.
Pullman & Comley, LLC
300 Atlantic Street
Stamford, CT  06101

_____
Harris B. Appelman

Stamford/69412.1/TRONAN/318221v1